IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:21CR3116 |
|---|---|
| Plaintiffs, | |
| vs. | WAIVER |
| JOSEPH W. HIGGINS, | |
| Defendant. | |

Defendant hereby states Defendant:

1) has read, reviewed, and understands the pending Indictment;
2) has consulted with counsel regarding the pending charges; and
3) agrees to be federally detained on those charges without a hearing; and
4) pursuant to 28 USC § 1746, Defendant declares under penalty of perjury:

I have read the statements contained within this document, the statements are true, and they are hereby knowingly, intelligently, and voluntarily presented to the court in support of Defendant's request to waive the right to a detention hearing on the pending charges.

Dated: 10/4/2021

Defendant *Joseph Higgins*

Dated: 10/4/2021

Defense Counsel
*Jessica Milburn*

IT IS ORDERED:

The Defendant's waiver of detention is knowing, intelligent, and voluntary and is hereby accepted and approved.

Dated: October 4, 2021

_____
United States Magistrate Judge